## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 707 MAL 2014
:
                Respondent : 
:
                 : Petition for Allowance of Appeal from the
                 : Order of the Superior Court
        v. :
:
:
:
DOUGLAS ELTON EWING, :
:
                Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 708 MAL 2014
:
                Respondent :
:
                 : Petition for Allowance of Appeal from the
                 : Order of the Superior Court
        v. :
:
:
:
DOUGLAS ELTON EWING, :
:
                Petitioner :


## ORDER


**PER CURIAM**

      **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.